**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JOSHUA MATTHEW STOCKTON                                                    PLAINTIFF
ADC #169885

V.                                    No. 4:23-CV-944-JM-JTR

JENKINS, Classification Officer, Ester Complex,
ADC, *et al.*                                                            DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Stockton is allowed to proceed with his deliberate indifference claim against Jenkins and his corrective inaction claim against Reed, in their individual capacities only; Stockton's official capacity claims are dismissed, without prejudice, for failure to state a claim on which relief may be granted; and the Clerk is directed to update the docket sheet to reflect that Stockton's Temporary Restraining Order (Doc. 5)  is a Motion for Preliminary Injunction.

IT IS SO ORDERED this 30th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE