UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA STOCKTON**  **PLAINTIFF**
**ADC #169885**

V.                          CASE NO. 4:23-cv-00944-JM-BBM

**CONNIE JENKINS, Classification**
**Officer, Ester Complex, ADC,** *et al.*                          **DEFENDANTS**

## ORDER

The Court has received a Recommendation to deny Mr. Stockton's Motion for Preliminary Injunction and Motion for Waiver from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Judge Moore also denied Mr. Stockton's motions for leave to amend and he has filed an appeal of that decision. After review of the decision, Mr. Stockton's motions, and the law, the Court agrees with Judge Moore that allowing Mr. Stockton to amend his complaint as requested would be futile.

IT IS THEREFORE ORDERED THAT

1. Mr. Stockton's Motion for Preliminary Injunction (Doc. 5) and Motion for Waiver (Doc. 6) are DENIED as moot; and

2. Mr. Stockton's appeal of the Order denying amendments to his Complaint (Doc. 43) is DENIED.

IT IS SO ORDERED this 29th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE