UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA STOCKTON                                                                                               PLAINTIFF
ADC #169885

V.                           Case No. 4:23-CV-00944-JM-BBM

CONNIE JENKINS, Classification Officer,
Ester Complex, ADC; and MARSHALL REED,
Chief Deputy Director, Central Office, ADC                                                DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge Benecia B. Moore, along with timely objections. After careful review of the objections and a *de novo* review of the record in this case, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Accordingly, Defendants' Motion for Partial Summary Judgment (Doc. 32) is granted. Plaintiff Joshua Stockton's corrective-inaction claim against Defendant Marshall Reed is dismissed without prejudice for failure to exhaust administrative remedies. Reed is terminated as a party to this action. Stockton's deliberate-indifference claim against Defendant Connie Jenkins proceeds.

IT IS SO ORDERED this 28th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE