**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSHUA STOCKTON**                                                                    **PLAINTIFF**

**V.**                          **Case No. 4:23-CV-00944-JM-BBM**

**CONNIE JENKINS, Classification Officer,**
**Ester Complex, ADC**                                                                 **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Benecia B. Moore. No objections have been filed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Defendant's Motion for Summary Judgment (Doc. 80) is GRANTED. Plaintiff Joshua Stockton's work-assignment deliberate indifference claim against Defendant Connie Jenkins is DISMISSED with prejudice. Judgment will enter accordingly.

IT IS SO ORDERED this 16th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE