**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JOSHUA STOCKTON                                                                    PLAINTIFF

V.                                    **Case No. 4:23-CV-00944-JM**

**CONNIE JENKINS, Classification Officer,**
**Ester Complex, ADC; and MARSHALL**
**REED, Chief Deputy Director, Central**
**Office, ADC**                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today and the Court's prior Orders, Plaintiff

Joshua Stockton's individual-capacity claim against Defendant Connie Jenkins is dismissed with

prejudice; all other claims are dismissed without prejudice. All relief sought is denied, and the case

is closed.

DATED this 16th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE